UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| IN THE MATTER OF: | ) | CASE NO. | 10-13538 |
| --- | --- | --- | --- |
| | ) | CHAPTER | 13 |
| MICHAEL STEVEN SOLLARS | ) | REG/tk | |
| | ) | | |
| Debtor(s) | | | |

### ORDER SUSTAINING OBJECTION

Dated on October 29, 2015.

A hearing with regard to the issues raised by Trustee's objection to JPMorgan Chase Bank's notice of mortgage payment change was held at Fort Wayne, Indiana, on October 27, 2015, with Jeffrey Arnold, counsel for debtor, and Jon Rogers, counsel for trustee, present.

For the reasons stated in open court, Trustee's objection is SUSTAINED. The mortgage payments to JPMorgan Chase Bank will remain unchanged.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court